**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 26-70** |
| | : | |
| **ABRAHAM KAMARA** | : | |

# ORDER

**AND NOW**, this 10th day of September 2026, upon considering Defendant's Motion for acquittal (ECF 48), the United States' Opposition (ECF 56), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion for acquittal (ECF 48) is **DENIED**.

**KEARNEY, J.**